# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: HANSON, JOEL L | § | Case No. 11-01541 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 9 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 12/16/2011 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 11/14/2011            By:   /s/ Michael G. Berland
                                                 Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: HANSON, JOEL L | § Case No. 11-01541 |
| | § |
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*                    $   10,896.41

*and approved disbursements of*                         $        50.00

*leaving a balance on hand of* [1]                      $   10,846.41

**Balance on hand:**                     $   10,846.41

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:                       $   10,846.41

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 1,839.63 | 0.00 | 1,839.63 |

Total to be paid for chapter 7 administration expenses:   $   1,839.63
Remaining balance:                                        $   9,006.78

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:                                            $   9,006.78

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None ||||

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 9,006.78 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 84,269.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 6,113.44 | 0.00 | 653.40 |
| 6 | FIA Card Services, NA as successor to BANK OF AMERICA MBNA | 22,934.71 | 0.00 | 2,451.25 |
| 8 | Chase Bank USA, N.A. | 5,955.79 | 0.00 | 636.55 |
| 9 | FedLoan Servicing | 8,500.00 | 0.00 | 908.47 |
| 10 | eCAST Settlement Corporation, assignee of Citibank SD | 7,241.30 | 0.00 | 773.95 |
| 11 | eCAST Settlement Corporation, assignee of Citibank SD | 10,607.11 | 0.00 | 1,133.68 |
| 12 | eCAST Settlement Corporation, assignee of Citibank Sd | 22,917.32 | 0.00 | 2,449.39 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 9,006.69 |
| Remaining balance: | $ | 0.09 |

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.09

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.09

Prepared By: /s/MICHAEL G. BERLAND
Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 11-01541-BWB
Joel L Hanson  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: froman                   Page 1 of 3                   Date Rcvd: Nov 15, 2011
                                Form ID: pdf006                Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2011.
```
db         +Joel L Hanson,    11911 Holly Court,    Plainfield, IL 60585-5694
16811595   +BAC Home Loans Servicing, L.P.,    c/o Pierce and Associates, PC,    1 North Dearborn, Suite 1300,
             Chicago, IL 60602-4321
16676958    Bank of America Home Loans,    Attn: Bankruptcy Dept.,    P.O. Box 21848,
             Greensboro, NC  27420-1848
16676959    Chase Bank,    Attn: Bankruptcy Dept.,    P.O. Box 15298,    Wilmington, DE  19850-5298
16859814    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16676960   +Chase Home Finance, LLC,    Attn: Bankruptcy Dept.,    P.O. Box 24696,    Columbus, OH 43224-0696
16676961   +Citi Cards,    Attn: Bankruptcy Dept.,    P.O. Box 20507,    Kansas City, MO 64195-0507
16676962   +Citi Cards,    Attn: Bankruptcy Dept.,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
16676963   +Citi Student Loans,    Attn: Bankruptcy Dept.,    P.O. Box 6191,    Sioux Falls, SD 57117-6191
16676964   +Citi/AT&T Universal,    Attn: Bankruptcy Dept.,    P.O. Box 20507,    Kansas City, MO 64195-0507
16818904   +FIA Card Services, NA as successor in interest to,    Bank of America NA and MBNA America Bank,
             1000 Samoset Drive,    DE5-023-03-03,    Newark, DE 19713-6000
17256210    FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
16676966   +Federal Direct Student Loan Servicing,    Attn: Bankruptcy Dept.,    P.O. Box 69184,
             Harrisburg, PA 17106-9184
16780401   +GMAC Mortgage LLC,    c/o Codilis & Associates PC,    15W030 North Frontage Rd Ste 100,
             Burr Ridge, Il 60527-6921
16676967   +GMAC Mortgage/Homecomings Financial,    Attn: Bankruptcy Dept.,    1100 Virginia Drive,
             Fort Washington, PA 19034-3204
16676955   +Hanson Joel L,    11911 Holly Court,    Plainfield, IL 60585-5694
16932956    J.P. Morgan Chase Bank, .N.A.,    c/o Shermeta, Adams & Von Allmen, P.C.,    P.O. Box 80908,
             Rochester Hills, MI  48308-0908
16760922   +JP Morgan Chase Bank, National Association,    3415 Vision Drive,    Mail Stop: OH4-7302,
             Columbus, Ohio 43219-6009
16676970   +Marriot Maui Ocean Club,    100 Nohea Kai Drive,    Lahaina, HI 96761-1917
16676969   ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
             (address filed with court:   Infiniti Financial Services,    8900 Freeport Parkway,
               Irving, TX  75063-2438)
16676968   ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
             (address filed with court:   Infiniti Financial Services,    Attn: Bankruptcy Dept.,
               8900 Freeport Parkway,    Irving, TX  75063-2438)
16676971   +Nextcard, Inc.,    Attn: Bankruptcy Dept.,    P.O. Box 3412,    Omaha, NE 68197-0001
16693931    Nissan-Infiniti LT,    PO Box 660366,    Dallas TX 75266-0366
16831978   +SUNTRUST MORTGAGE INC,    BANKRUPTCY DEPARTMENT RVW 3034,    P.O BOX 27767,
             RICHMOND VA 23261-7767
16676972   +SunTrust Mortgage, Inc.,    Attn: Bankruptcy Dept.,    P.O. Box 85092,    Richmond, VA 23286-0001
16676973   +U.S. Department of Education,    Attn: Bankruptcy Dept.,    P.O. Box 5609,
             Greenville, TX 75403-5609
17445809    eCAST Settlement Corporation, assignee,    of Citibank (South Dakota), N.A.,    POB 29262,
             New York, NY 10087-9262
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16688667     E-mail/PDF: mrdiscen@discoverfinancial.com Nov 16 2011 05:38:41     Discover Bank,
             Discover Products Inc.,    PO Box 3025,    New Albany, OH  43054-3025
16676965    +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 16 2011 05:38:41     Discover Financial Services,
             Attn: Bankruptcy Dept.,    P.O. Box 6103,    Carol Stream, IL 60197-6103
16676956    +E-mail/Text: mhedayat@mha-law.com Nov 16 2011 05:33:39     M Hedayat & Associates PC,
             1211 Lakeview Court,    Romeoville, IL 60446-6501
                                                                                              TOTAL: 3
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17445810*    eCAST Settlement Corporation, assignee,    of Citibank (South Dakota), N.A.,    POB 29262,
             New York, NY 10087-9262
17445811*    eCAST Settlement Corporation, assignee,    of Citibank (South Dakota), N.A.,    POB 29262,
             New York, NY 10087-9262
16676957   ##Bank of America,    Attn: Bankruptcy Dept.,    P.O. Box 15026,    Wilmington, DE  19850-5026
                                                                                               TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: froman              Page 2 of 3             Date Rcvd: Nov 15, 2011
                              Form ID: pdf006           Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 17, 2011**              **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1         User: froman              Page 3 of 3              Date Rcvd: Nov 15, 2011
                             Form ID: pdf006           Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2011 at the address(es) listed below:

        Cari A Kauffman   on behalf of Creditor   Chase Home Finance LLC ND-Four@il.cslegal.com
        Gerald  Mylander    on behalf of Trustee Glenn Stearns mcguckin_m@lisle13.com
        Heather M Giannino    on behalf of Creditor   JP Morgan Chase Bank, National Association
         heathergiannino@hsbattys.com,   shellyhood@hsbattys.com;danacloe@hsbattys.com
        Mazyar M Hedayat    on behalf of Debtor Joel Hanson mhedayat@mha-law.com,
         esummers@mha-law.com;idiaz@mha-law.com;aflood@mha-law.com
        Michael G Berland    einstein829@earthlink.net,   IL33@ecfcbis.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Stanley W Papuga    on behalf of Creditor   JP Morgan Chase Bank, National Association
         spapuga@kropik.net
        Yanick  Polycarpe    on behalf of Creditor   BAC Home Loans Servicing, L.P.
         ypolycarpe@atty-pierce.com,   northerndistrict@atty-pierce.com
                                                                                              TOTAL: 8