UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
HANSON, JOEL L § Case No. 11-01541
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

     4) This case was originally filed under chapter ____ on _____, and it was converted to chapter 7 on _____. The case was pending for ____ months.

     5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

     Dated: _____ By:/s/MICHAEL G. BERLAND_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | BAC HOME LOANS SERVICING, L.P.C/O P |  |  |  |  |  |
| 4 | GMAC MORTGAGE LLCC/ CODILIS & ASSOC |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | JP MORGAN CHASE BANK, NATIONAL ASSO | | | | | |
| 2 | NISSAN-INFINITI LT | | | | | |
| 7 | SUNTRUST MORTGAGE INC, BANKRUPTCY D | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Cards Attn: Bankruptcy Dept. P.O. Box 20507 Kansas City, MO  64195 | | | | | |
| | Citi Cards Attn: Bankruptcy Dept. P.O. Box 6500 Sioux Falls, SD  57117 | | | | | |
| | Citi Student Loans Attn: Bankruptcy Dept. P.O. Box 6191 Sioux Falls, SD  57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Student Loans Attn: Bankruptcy Dept. P.O. Box 6191 Sioux Falls, SD  57117 | | | | | |
| | Citi/AT&T Universal Attn: Bankruptcy Dept. P.O. Box 20507 Kansas City, MO 64195 | | | | | |
| | Nextcard, Inc. Attn: Bankruptcy Dept. P.O. Box 3412 Omaha, NE  68197 | | | | | |
| | U.S. Department of Education Attn: Bankruptcy Dept. P.O. Box 5609 Greenville, TX 75403 | | | | | |
| 8 | CHASE BANK USA, N.A. | | | | | |
| 1 | DISCOVER BANK | | | | | |
| 10 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 11 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 12 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 9 | FEDLOAN SERVICING | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | FIA CARD SERVICES, NA AS SUCCESSOR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-01541 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|
| Case Name: | HANSON, JOEL L | | | Date Filed (f) or Converted (c): | 03/11/11 (c) |
| | | | | 341(a) Meeting Date: | 04/25/11 |
| For Period Ending: | 08/21/12 | | | Claims Bar Date: | 08/31/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Tax refund-scheduled | 10,896.00 | 10,896.00 | | 10,896.00 | 0.00 |
| 2. 10705 Topperwein, Austin, Tx-scheduled | 152,000.00 | 0.00 | DA | 0.00 | FA |
| 3. 11911 Holly Court, Plainfield-scheduled | 210,000.00 | 0.00 | DA | 0.00 | FA |
| 4. 484 Vaughan, Auora-scheduled | 209,000.00 | 0.00 | DA | 0.00 | FA |
| 5. Ameritrade-scheduled | 1.00 | 0.00 | DA | 0.00 | FA |
| 6. Chase Bank-scheduled | 700.00 | 0.00 | DA | 0.00 | FA |
| 7. Citibank-scheduled | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 8. Household furnishings-scheduled | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 9. Wearing apparel-scheduled | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 10. 9 mm pistol-scheduled | 250.00 | 0.00 | DA | 0.00 | FA |
| 11. Lincoln Benefet Insurance-scheduled | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 12. Fidelity Investments IRA-scheduled | 1.00 | 0.00 | DA | 0.00 | FA |
| 13. National Securities IRA-scheduled | 1.00 | 0.00 | DA | 0.00 | FA |
| 14. 2008 Infiniti leased-scheduled | 1.00 | 0.00 | DA | 0.00 | FA |
| 15. Time share cond-scheduled | 1,500.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.52 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $593,350.00 | $10,896.00 | | $10,896.52 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is adminsitering a tax refund. The Trustee filed his Final Report and made the distribution to creditors.

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

Ver: 16.06d

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 11-01541    BL    Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | HANSON, JOEL L | Date Filed (f) or Converted (c): | 03/11/11 (c) |
| | | 341(a) Meeting Date: | 04/25/11 |
| | | Claims Bar Date: | 08/31/11 |

Initial Projected Date of Final Report (TFR): 12/31/13      Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-01541 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | HANSON, JOEL L | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******1865 Money Market Account |
| Taxpayer ID No: | *******5763 | | | |
| For Period Ending: | 08/21/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/08/11 | 1 | Citibank | Liquidation of tax refund DEPOSIT CHECK #190342094 | 1124-000 | 10,896.00 | | 10,896.00 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 10,896.06 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,896.15 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,896.24 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.37 | 10,870.87 |
| 09/07/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -0.37 | 10,871.24 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,871.32 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,846.32 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,846.41 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,846.49 |
| 12/14/11 | INT | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.03 | | 10,846.52 |
| 12/14/11 | | To Acct #*******1866 | Transfer for purpose of distribtuion | 9999-000 | | 10,846.52 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 10,896.52 | 10,896.52 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 10,846.52 | |
| Subtotal | | 10,896.52 | 50.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 10,896.52 | 50.00 | |

Page Subtotals 10,896.52 10,896.52

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-01541 -BL | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | HANSON, JOEL L | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******1866 Checking Account |
| Taxpayer ID No: | *******5763 | | |
| For Period Ending: | 08/21/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/14/11 | | From Acct #*******1865 | Transfer for purpose of distribtuion | 9999-000 | 10,846.52 | | 10,846.52 |
| * 12/20/11 | 000101 | Discover Bank<br>Discover Products Inc.<br>PO Box 3025<br>New Albany, OH 43054-3025 | Dividend paid 12.87% on<br>$6,113.44; Claim# 1; Filed: $6,113.44; Reference: | 7100-003 | | 786.88 | 10,059.64 |
| * 12/20/11 | 000101 | Discover Bank<br>Discover Products Inc.<br>PO Box 3025<br>New Albany, OH 43054-3025 | VOID<br>Dividend paid 12.87% on | 7100-003 | | -786.88 | 10,846.52 |
| * 12/20/11 | 000102 | FIA Card Services, NA as successor to BANK OF<br>AMERICA MBNA<br>1000 Samoset Drive,DE5-023-03-03<br>Newark, DE 19713 | Dividend paid 12.87% on<br>$22,934.71; Claim# 6; Filed: $22,934.71; Reference: | 7100-003 | | 2,951.98 | 7,894.54 |
| * 12/20/11 | 000102 | FIA Card Services, NA as successor to BANK OF<br>AMERICA MBNA<br>1000 Samoset Drive,DE5-023-03-03<br>Newark, DE 19713 | VOID<br>Dividend paid 12.87% on | 7100-003 | | -2,951.98 | 10,846.52 |
| * 12/20/11 | 000103 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Dividend paid 12.87% on<br>$5,955.79; Claim# 8; Filed: $5,955.79; Reference: | 7100-003 | | 766.58 | 10,079.94 |
| * 12/20/11 | 000103 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | VOID<br>Dividend paid 12.87% on | 7100-003 | | -766.58 | 10,846.52 |
| * 12/20/11 | 000104 | FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | Dividend paid 12.87% on<br>$8,500.00; Claim# 9; Filed: $8,500.00; Reference: | 7100-003 | | 1,094.05 | 9,752.47 |
| * 12/20/11 | 000104 | FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | VOID<br>Dividend paid 12.87% on | 7100-003 | | -1,094.05 | 10,846.52 |

Page Subtotals        10,846.52        0.00

Ver: 16.06d

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-01541 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | HANSON, JOEL L | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******1866 Checking Account |
| Taxpayer ID No: | *******5763 | | | |
| For Period Ending: | 08/21/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * | 12/20/11 | 000105 | eCAST Settlement Corporation, assignee of Citibank SD<br>POB 29262<br>New York, NY 10087-9262 | Dividend paid 12.87% on $7,241.30; Claim# 10; Filed: $7,241.30; Reference: | 7100-003 | | 932.04 | 9,914.48 |
| * | 12/20/11 | 000105 | eCAST Settlement Corporation, assignee of Citibank SD<br>POB 29262<br>New York, NY 10087-9262 | VOID<br>Dividend paid 12.87% on | 7100-003 | | -932.04 | 10,846.52 |
| * | 12/20/11 | 000106 | eCAST Settlement Corporation, assignee of Citibank SD<br>POB 29262<br>New York, NY 10087-9262 | Dividend paid 12.87% on $10,607.11; Claim# 11; Filed: $10,607.11; Reference: | 7100-003 | | 1,365.26 | 9,481.26 |
| * | 12/20/11 | 000106 | eCAST Settlement Corporation, assignee of Citibank SD<br>POB 29262<br>New York, NY 10087-9262 | VOID<br>Dividend paid 12.87% on | 7100-003 | | -1,365.26 | 10,846.52 |
| * | 12/20/11 | 000107 | eCAST Settlement Corporation, assignee of Citibank Sd<br>POB 29262<br>New York, NY 10087-9262 | Dividend paid 12.87% on $22,917.32; Claim# 12; Filed: $22,917.32; Reference: | 7100-003 | | 2,949.73 | 7,896.79 |
| * | 12/20/11 | 000107 | eCAST Settlement Corporation, assignee of Citibank Sd<br>POB 29262<br>New York, NY 10087-9262 | VOID<br>Dividend paid 12.87% on | 7100-003 | | -2,949.73 | 10,846.52 |
| | 12/20/11 | 000108 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Dividend paid 100.00% on $1,789.63, Trustee Compensation; Reference: | 2100-000 | | 1,789.63 | 9,056.89 |
| | 12/20/11 | 000109 | Discover Bank<br>Discover Products Inc. | Dividend paid 10.74% on $6,113.44; Claim# 1; Filed: $6,113.44; Reference: | 7100-000 | | 657.04 | 8,399.85 |
| | | | | Page Subtotals | | 0.00 | 2,446.67 | |

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4  
Exhibit 9

| Case No: | 11-01541 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | HANSON, JOEL L | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******1866  Checking Account |
| Taxpayer ID No: | *******5763 | | | |
| For Period Ending: | 08/21/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/20/11 | 000110 | PO Box 3025<br>New Albany, OH 43054-3025<br>FIA Card Services, NA as successor to BANK OF AMERICA MBNA<br>1000 Samoset Drive, DE5-023-03-03<br>Newark, DE 19713 | Dividend paid 10.74% on<br>$22,934.71; Claim# 6; Filed: $22,934.71; Reference: | 7100-000 | | 2,464.91 | 5,934.94 |
| 12/20/11 | 000111 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Dividend paid 10.74% on<br>$5,955.79; Claim# 8; Filed: $5,955.79; Reference: | 7100-000 | | 640.10 | 5,294.84 |
| 12/20/11 | 000112 | FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | Dividend paid 10.74% on<br>$8,500.00; Claim# 9; Filed: $8,500.00; Reference: | 7100-000 | | 913.54 | 4,381.30 |
| 12/20/11 | 000113 | eCAST Settlement Corporation, assignee of Citibank SD<br>POB 29262<br>New York, NY 10087-9262 | Dividend paid 10.74% on<br>$7,241.30; Claim# 10; Filed: $7,241.30; Reference: | 7100-000 | | 778.26 | 3,603.04 |
| 12/20/11 | 000114 | eCAST Settlement Corporation, assignee of Citibank SD<br>POB 29262<br>New York, NY 10087-9262 | Dividend paid 10.74% on<br>$10,607.11; Claim# 11; Filed: $10,607.11; Reference: | 7100-000 | | 1,140.00 | 2,463.04 |
| 12/20/11 | 000115 | eCAST Settlement Corporation, assignee of Citibank Sd<br>POB 29262<br>New York, NY 10087-9262 | Dividend paid 10.74% on<br>$22,917.32; Claim# 12; Filed: $22,917.32; Reference: | 7100-000 | | 2,463.04 | 0.00 |

Page Subtotals      0.00      8,399.85

Ver: 16.06d

LFORM24  
UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 11-01541 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | HANSON, JOEL L | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******1866  Checking Account |
| Taxpayer ID No: | *******5763 | | | |
| For Period Ending: | 08/21/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 10,846.52 | 10,846.52 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 10,846.52 | 0.00 | |
| | | | Subtotal | | 0.00 | 10,846.52 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 10,846.52 | |

Page Subtotals          0.00          0.00

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-01541 -BL |
| Case Name: | HANSON, JOEL L |
| Taxpayer ID No: | *******5763 |
| For Period Ending: | 08/21/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4877  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********1865 | 10,896.52 | 50.00 | 0.00 |
| Checking Account - ********1866 | 0.00 | 10,846.52 | 0.00 |
| Checking Account - ********4877 | 0.00 | 0.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 10,896.52 | 10,896.52 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*